Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAVEL MULTANI a/k/a YGURU,<br>JATINDER BRAR,<br>SUKHVEER SANDHU,<br>AMARDEEP POWAR,<br>RAMAN PATHANIA,<br>NIZAR SABAZ-ALI,<br>HARMINDER SINGH,<br>LAWRENCE CARTER,<br>SANDIP PARHAR,<br>STORMY WALKER, and<br>HARJEEVAN PARHAR,<br><br>　　　　　Defendants. | No. CR06-38RSM<br><br>ORDER CONTINUING TRIAL DATE AND PRE-TRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on a defendant Sandhu's motion to continue the trial date and the pre-trial motions deadline. The government and the defendants currently within the jurisdiction of this Court, including: Jatinder Brar, Lawrence Carter, Harjeevan Parhar, Raman Pathania, and Harminder Singh have no objection to the continuance, and have filed waivers of speedy trial. The remaining defendants: Stormy Walker, Sandip Parhar, Amardeep Powar, Nizar Sabaz-Ali and Kavel Multani are currently residing in Canada while the government seeks their extradition to the United States for prosecution, therefore they are not parties to this motion.

Order Continuing Trial and Motions
Deadline/Multani, et al./CR06-38RSM –1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1    Having considered the entirety of the record and files herein, the Court finds that
2 failure to grant a continuance would likely result in a miscarriage of justice.  The case is
3 complex involving eleven defendants, over two thousand pages of discovery and over
4 three thousand intercepted telephone conversations.
5    It is unreasonable to expect adequate preparation before the current trial date of
6 June 5, 2006.  The Court further finds that the interests of the public and the defendants
7 in a speedy trial in this case are outweighed by the ends of justice.
8    IT IS NOW, THEREFORE, ORDERED that trial is continued from June 5, 2006
9 to September 5, 2006, and that the time between the date of this Order and the new trial
10 date be excludable time under the Speedy Trial Act pursuant to Title 18, United States
11 Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).
12    IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before
13 August 2, 2006.
14    Dated this 2nd day of June, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2268, Fax: (206) 553-4440
E-mail: ye-ting.woo@usdoj.gov
Washington State Bar No. 21208

s/ Lisca Borichewski
LISCA BORICHEWSKI

Order Continuing Trial and Motions
Deadline/Multani, et al./CR06-38RSM –2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 | Assistant United States Attorney
2 |
3 | United States Attorney's Office
4 | 700 Stewart Street, Suite 5220
5 | Seattle, WA  98101-1271
  | (206) 553-2266, Fax: (206) 553-4440
  | E-mail: lisca.borichewski@usdoj.gov
  | Washington State Bar #24300

Order Continuing Trial and Motions
Deadline/Multani, et al./CR06-38RSM –3

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970